# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 6:03-cr-113-Orl-28KRS

**WILLIAM A. PARHAM, II**

---

## ORDER ON REVOCATION OF SUPERVISED RELEASE AND ORDER OF COMMITMENT

This cause came before the Court on a Petition for Warrant or Summons for Offender Under Supervision filed March 13, 2007 (Doc. No. 61), initiated by the U.S. Probation Officer of this court as a result of the Probation Officer's belief that the defendant violated the conditions of his supervision. A final hearing on violation of supervised release was held by Magistrate Judge Karla R. Spaulding on May 10, 2007 and subsequently, a Report and Recommendation (Doc. No. 73) was entered by Magistrate Judge Karla R. Spaulding on May 10, 2007.

The defendant appeared before this Court on June 14, 2007, with counsel, Peter Warren Kenny and the Assistant United States Attorney. After review of the file and hearing arguments of the parties through their counsel and hearing the defendant, this Court adopts the Report and Recommendation (Doc. No. 73) and finds that the defendant has violated the conditions of supervised release.

It is **ORDERED AND ADJUDGED** that the defendant's supervised release term is hereby **REINSTATED for a period of 10 Months with the same conditions as previously ordered and with the Special condition that Defendant reside and**

participate in the Residential Re-entry Center in Orlando, Florida for a period of 6 months. Defendant is to comply with all the rules and regulations of that facility and complete his Community Service hours.

The Defendant must report to the Residential Re-entry Center in Orlando, Florida within 24 hours after being notified by the Probation Officer of placement in the Center.

The Judgment at Document No. 56 remains unaltered and in effect except as amended herewith.

It is **FURTHER ORDERED** that upon successful completion of the Residential Re-Entry Program, WILLIAM A. PARHAM, II is released from further supervision by this Court.

**DONE** and **ORDERED** at Orlando, Florida this 14 day of June, 2007.

JOHN ANTOON II
United States District Judge

Copies to:

United States Attorney
United States Marshal
United States Probation Office
United States Pretrial Services
Counsel for Defendant
William A. Parham, ii